UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SHELTON BEAMAN,

                          Plaintiff,

         -against-

MICHAEL FRANKLIN, Director Police Services,
Office of Operations, Security, and Preparedness;
VA POLICE CHIEF in his official capacities; VA
POLICE OFFICER, Sergeant BRYAN, individually
and in his official capacities; POLICE Officer
YOUNG individually and in his official capacities:
POLICE Officers: JOHN DOE 1, JOHN DOE 2,
and POLICE Officer known as 'JOHN,' et al.,

                          Defendants.
```

21-CV-1750 (VSB)

ORDER

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendants' July 8, 2021 letter requesting an extension of time until August 27, 2021 for Defendants Antonio Bryan and Demetrius Young to respond to Plaintiff's complaint. Defendants' request is GRANTED, pursuant to the following briefing schedule:

1. Defendants shall file their motion to dismiss by on or before August 27, 2021;

2. Plaintiff shall file any opposition to Defendants' motion to dismiss by on or before October 11, 2021; and

3. Defendants shall file their reply brief, if any, by on before October 25, 2021.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Michael Franklin
   Director of the Police Service
   United States Department of Veterans Affairs
   810 Vermont Avenue, NW
   Washington, D.C. 20420

2. Police Sergeant or Police Officer Bryan
   Manhattan VA Medical Center
   423 East 23rd Street
   New York, New York 10010-5011

3. Police Officer Young
   Manhattan VA Medical Center
   423 East 23rd Street
   New York, New York 10010-5011